| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| PAUL MARTIN BLOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:22-CV-125 |
| | § | |
| BLANN TRACTOR CO., INC., | § | |
| and RICKY LYNN WARE, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (#20), filed April 5, 2023, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

**Signed this date**
Apr 6, 2023

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE